**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MICHAEL BARNES,** | ) |
| **No. S12947,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 13-cv-01349-MJR** |
| | ) |
| **RANDY DAVIS,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Plaintiff Michael Barnes, an inmate in Vienna Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983, based on the conditions of confinement at Vienna Correctional Center. The complaint and this action must be dismissed for several reasons.

The complaint was filed December 30, 2013, but Plaintiff did not tender the $400.00 filing fee, or seek leave to proceed *in forma pauperpis*. A notice was mailed to Plaintiff advising him that he must either tender the filing fee or move for pauper status within 30 days or his case would be dismissed (Doc. 2). However, that notice was mailed to Plaintiff's address of record at Vienna Correctional Center, but returned on January 10, 2014, as "undeliverable" (Doc. 3). The Illinois Department of Corrections Inmate Locator indicates that Plaintiff was paroled from prison on December 23, 2013 (www.illinois.gov/IDOC/OFFENDER/Pages/InmateSearch.aspx (last accessed Jan. 22, 2014)). Local Rule 3.1(b) requires a litigant to notify the Court of any change of address within seven

days.  In addition, the complaint is not signed, as required by Federal Rule of Civil Procedure 11(a).

Dismissal of this action is warranted based on Plaintiff's failure to pay the filing fee or seek pauper status, which evinces a failure to prosecute this case.  *See* Fed.R.Civ.P. 41(b).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).  Out of an overabundance of caution, given Plaintiff's apparent transition from prison to parole, dismissal shall be without prejudice.  Judgment shall enter accordingly.

**IT IS SO ORDERED.**

**DATED:  January 22, 2014**

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
UNITED STATES DISTRICT JUDGE